**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
DANIELLE AMARA SHAKUR,

                     Plaintiff,

    -against-                                                25 CV 4718 (KMW)
                                                                          25 CV 5063 (KMW)


CASSANDRA VENTURA; SEAN COMBS;
BAD BOYS ENTERTAINMENT, LLC; POST
GRADUATE CENTER FOR MENTAL HEALTH,

                    Defendants.
------------------------------------------------------------------------X
DANIELLE AMARA SHAKUR,

                 Appellants,

    -against-                                          **<u>JUDGMENT</u>**


KEHLANI ASHLEY PARRISH; CARESHA
BROWNLEE; EUGENE DEAL, ALSO KNOWN AS
GENE DEAL; SECURITAS INCORPORATIONS,

                 Appellees.
------------------------------------------------------------------------X


      It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's

Order dated February 12, 2026, the Court has dismissed these complaints as frivolous. See 28 U.S.C. §

1915(e)(2)(B)(i). The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Order would not be

taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States,

369 U.S. 438, 444-45 (1962); accordingly, the cases are closed.

**Dated:**  New York, New York
      February 18, 2026

                              **TAMMI M. HELLWIG**

                          _____
                              **Clerk of Court**

              **BY:**          *K. mango*

                          _____
                              **Deputy Clerk**